# Court of Appeals
# of the State of Georgia

ATLANTA, __October 12, 2017__

*The Court of Appeals hereby passes the following order:*

**A18D0095.  SANCHEZ HARTNETT v. THE STATE.**

Sanchez Hartnett was convicted of multiple offenses, including burglary and possession of marijuana with intent to distribute, and was sentenced as a first offender and to probation.  The State petitioned to revoke his probation and first-offender status on the ground that he had committed a new felony.  After a hearing, the trial court concluded that the State had proven the new offense by a preponderance of the evidence and revoked Hartnett's probation.  The court's order noted that a sentencing hearing would be held at a later time, and that the parties would be able to make arguments as to final disposition.  Hartnett then filed an application for discretionary review of the trial court's order revoking his probation.  We, however, lack jurisdiction because the order is interlocutory.

Although trial court orders revoking probation may be appealed by filing an application for discretionary review, see OCGA § 5-6-35 (a) (5), no final judgment has been entered here.  Thus, the order that Hartnett wishes to appeal is interlocutory. "[A] party seeking appellate review from an interlocutory order must follow the interlocutory-application subsection, OCGA § 5-6-34 (b), seek a certificate of immediate review from the trial court, and comply with the time limitations therein." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); see also *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Compliance with the discretionary appeal procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey*, 266 Ga. at 833.  Because Hartnett failed to follow the interlocutory appeal procedures, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  10/12/2017  *
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*